UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 21-32244-CLH
                                                        Chapter 13

KAYE LONNIE HUFFMAN,

    Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The Chapter 13 Trustee filed a Notice of Dismissal (Doc. 60) under 11 U.S.C. § 1307, asserting a material default in payments under the confirmed Chapter 13 plan. A hearing was held on January 5, 2023, at which time Debtor requested additional time to consider the conversion of this case to one under Chapter 7. Based upon the pleadings and representations of counsel and in accordance with the ruling from the bench in open court, it is hereby

ORDERED that this bankruptcy case is DISMISSED effective **January 26, 2023**, unless Debtor converts the case to a case under Chapter 7 on or before the effective date.

Done this 6th day of January, 2023.

                                                  Christopher L. Hawkins
                                                United States Bankruptcy Judge

c:    Debtor
      David Weston, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*

United States Bankruptcy Court

Middle District of Alabama

| | | |
|---|---|---|
| In re: | | Case No. 21-32244-CLH |
| Kaye Lonnie Huffman | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: pdfALL | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kaye Lonnie Huffman, 5700 Bell Road #96, Montgomery, AL 36116-4129 |
| cr | + | HP3, LLC dba Southern Villa MHP, C/O Darby Law Firm, PO Box 3905, Montgomery, Al 36109-0905 |
| cr | + | Holmes Motors, Inc., 10651 Boney Avenue, D'Iberville, MS 39540-4875 |
| 4640702 | + | CHILD SUPPORT ENFORCEMENT, 100 S. LAWRENCE ST., MONTGOMERY, AL 36104-4209 |
| 4640703 | + | CLERK OF COURT, P O BOX 1667, Montgomery, AL 36102-1667 |
| 4640715 | + | Edc/erentpayment Llc, 9425 N. Nevada Street, Spokane, WA 99218-5014 |
| 4640720 | + | Higher Education Student Assistance Auth, P.o. Box 798, Frankfort, KY 40602-0798 |
| 4640719 | + | Higher Education Student Assistance Auth, Attn: Bankruptcy, Po Box 545, Trenton, NJ 08625-0545 |
| 4640724 | + | Holmes Motor, 405 Eastern Blvd., Montgomery, AL 36117-2013 |
| 4690352 | + | Holmes Motors, Inc., c/o Memory Memory & Causby, LLP, P.O. Box 4054, Montgomery, AL 36103-4054 |
| 4640734 | + | River Region De, 560 S Mcdonough Street, Montgomery, AL 36104-4604 |
| 4640735 | + | Southern Villa Mobile Home, 5700 Bell Road, Montgomery, AL 36116-4123 |
| 4640736 | + | The Franklin Group, c/o Darby Law Firm, LLC, P.O. Box 3905, Montgomery, AL 36109-0905 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4640695 | + | Email/Text: bankruptcy@rentacenter.com | Jan 06 2023 20:14:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 4640696 | + | Email/Text: bankruptcy@rentacenter.com | Jan 06 2023 20:14:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 4641872 | | Email/Text: dhrcscbu@dhr.alabama.gov | Jan 06 2023 20:14:00 | Alabama Department of Human Resources, P.O. Box 304000, Montgomery, Alabama 36130-4000 |
| 4640698 | + | Email/Text: bsimmons@amsher.com | Jan 06 2023 20:14:00 | AmSher Collection Services, 4524 Southlake Parkway, Hoover, AL 35244-3270 |
| 4640697 | + | Email/Text: bsimmons@amsher.com | Jan 06 2023 20:14:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 4640700 | + | Email/Text: bankruptcy@usecapital.com | Jan 06 2023 20:14:00 | Capital Accounts, Attn: Bankruptcy, Po Box 140065, Nashville, TN 37214-0065 |
| 4640701 | + | Email/Text: bankruptcy@usecapital.com | Jan 06 2023 20:14:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 4640704 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 06 2023 20:14:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 4640705 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 06 2023 20:14:00 | Convergent Outsourcing, Inc., Po Box 9004, Renton, WA 98057-9004 |
| 4640706 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 06 2023 20:14:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West |

| | | | | |
|---|---|---|---|---|
| 4640707 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 06 2023 20:14:00 | 12 Mile Road Ste 3000, Southfield, MI 48034-8331<br>Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4640709 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jan 06 2023 20:14:00 | Credit Systems International, Inc, 1277 Country Club Ln, Fort Worth, TX 76112-2304 |
| 4640708 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jan 06 2023 20:14:00 | Credit Systems International, Inc, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 4642239 | | Email/Text: G06041@att.com | Jan 06 2023 20:14:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 4640714 | + | Email/Text: EDBKNotices@ecmc.org | Jan 06 2023 20:14:00 | ECMC, Po Box 5609, Greenville, TX 75403-5609 |
| 4640713 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 06 2023 20:14:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 4640712 | ^ | MEBN | Jan 06 2023 20:12:58 | Eastern Account System, Inc., 75 Glen Road, Sandy Hook, CT 06482-1175 |
| 4640711 | ^ | MEBN | Jan 06 2023 20:12:36 | Eastern Account System, Inc., Attn: Bankruptcy, Po Box 837, Newtown, CT 06470-0837 |
| 4660092 | | Email/Text: collectclerks@myguardiancu.com | Jan 06 2023 20:14:00 | GUARDIAN CREDIT UNION, 1028 Lagoon Buisness Loop, Montgomery, 36117 |
| 4640717 | | Email/Text: collectclerks@myguardiancu.com | Jan 06 2023 20:14:00 | Guardian Cu, Attn: Bankruptcy Department, 9411 Al Highway 22, Maplesville, AL 36750 |
| 4640718 | | Email/Text: collectclerks@myguardiancu.com | Jan 06 2023 20:14:00 | Guardian Cu, Po Box 3199, Montgomery, AL 36109 |
| 4640722 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Jan 06 2023 20:14:00 | Holloway Credit Solutions, Attn: Bankruptcy, Po Box 230609, Montgomery, AL 36123-0609 |
| 4640721 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Jan 06 2023 20:14:00 | Holloway Credit Solutions, Attn: Bankruptcy Department, P O Box 230609, Montgomery, AL 36123-0609 |
| 4640723 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Jan 06 2023 20:14:00 | Holloway Credit Solutions, P O Box 230609, Montgomery, AL 36123-0609 |
| 4640725 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2023 20:14:00 | Internal Revenue *, Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4640726 | + | Email/Text: dhrcscbu@dhr.alabama.gov | Jan 06 2023 20:14:00 | Jennifer Bush, Attorney General Office, 50 N Ripley Street, Montgomery, AL 36130-1001 |
| 4640728 | | Email/Text: sheri@masinc.org | Jan 06 2023 20:14:00 | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 4640729 | | Email/Text: sheri@masinc.org | Jan 06 2023 20:14:00 | Merchants Adjustment Service, P O Box 7511, Mobile, AL 36670 |
| 4640730 | + | Email/PDF: pa_dc_claims@navient.com | Jan 06 2023 20:22:21 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 4640731 | + | Email/PDF: pa_dc_ed@navient.com | Jan 06 2023 20:22:17 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4640732 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2023 20:14:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 4640733 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2023 20:14:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4657435 | + | Email/Text: bankruptcy@bbandt.com | Jan 06 2023 20:14:00 | Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 4640737 | | Email/Text: Stacey.VanAlst@usdoj.gov | Jan 06 2023 20:14:00 | US ATTORNEY, MIDDLE DISTRICT OF ALABAMA, P. O. Box 197, Montgomery, AL 36101-0197 |
| 4660557 | | Email/PDF: ebn_ais@aisinfo.com | | |

| | | |
|---|---|---|
| | Jan 06 2023 20:22:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4640716 | | Edc/rentler |
| 4640727 | | Laron Johnson, Sr. |
| 4642079 | *+ | The Franklin Group, LLC, C/O Darby Law Firm, LLC, PO Box 3905, Montgomery, Al 36109-0905 |
| 4640699 | ##+ | AUTO MART SALES, 621 N EASTERN BLVD, Montgomery, AL 36117-2215 |
| 4640710 | ##+ | DEPARTMENT OF EDUCATION, P.O. BOX 530210, Atlanta, GA 30353-0210 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov danielle_greco@almba.uscourts.gov;britt_griggs@almba.uscourts.gov |
| David Weston | on behalf of Debtor Kaye Lonnie Huffman lgraham@awf.law notice.leslie@aol.com;lgraham@awf.law;r47997@notify.bestcase.com;anelson@awf.law;weston.davidb115510@notify.bestcase.com |
| Larry E. Darby, Esq | on behalf of Creditor The Franklin Group LLC Bankruptcy@AlabamaEvictions.com bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Larry E. Darby, Esq | on behalf of Creditor HP3 LLC dba Southern Villa MHP Bankruptcy@AlabamaEvictions.com, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |
| William Wesley Causby | on behalf of Creditor Holmes Motors Inc. wcausby@memorylegal.com, smemory@memorylegal.com;bwesley@memorylegal.com |

TOTAL: 6